IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY D. PROFFITT,

       Plaintiff,                     No. CIV S-09-1015 GGH P

   vs.

PEOPLE OF SHASTA COUNTY, et al.,

       Defendants.              ORDER

_____/

       Plaintiff is state prisoner proceeding pro se.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  See 28 U.S.C. § 636; see also E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).  Plaintiff's complaint was filed with the court on April 15, 2009.  The court's own records reveal that on March 2, 2009, plaintiff had previously initiated an action, before the undersigned, by filing a document setting forth similar allegation concerning his criminal trial in Shasta County (No. CIV S-09-0610 GGH).[1]  In addition, the court records reveal that on March 25, 2009, plaintiff filed another action with the same allegations.  No. CIV S-09-0821 DAD.  In that case, the court dismissed the action as being duplicative and advised plaintiff to use the file

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

number, CIV S-09-0610 GGH, for all future filings.  Plaintiff has not complied and before the court is a third action with the same allegations that will also be dismissed as duplicative. Plaintiff is again advised to set forth all his civil rights claims in the complaint filed in that action and to use the case file number, CIV S-09-0610 GGH, for all future filings.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed. <u>See</u> Fed. R. Civ. P. 41(b).

DATED: July 20, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:AB
prof1015.dis